PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Jeramy Wegman                    Docket No. 0754 3:19CR30107-001

                                                    Register Number: 46833-044

Name of Sentencing Judicial Officer:  Honorable Audrey G. Fleissig, U.S. District Judge

Name of Assigned Judicial Officer:  Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

Date of Original Sentence:     May 15, 2018

Original Offense:     Ct. 1: Blackmail

Original Sentence:    Ct. 1: Four years' probation

Type of Supervision: Probation                  Date Supervision Commenced:  May 15, 2018

Custody Status:   Mr. Wegman remains on supervised release in the community

Assistant U.S. Attorney: Thomas C. Albus        Defense Attorney: Justin K. Gelfand

## PETITIONING THE COURT

[ X ]   To issue a **WARRANT**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | You must not commit another federal, state or local crime. |
| | On September 3, 2018, Mr. Wegman committed the offense of Driving on a Revoked License. |
| | On September 24, 2018, Mr. Wegman committed the offenses of Driving on a Revoked License and Operating an Uninsured Motor Vehicle. |
| | On April 13, 2019, Mr. Wegman committed the offenses of Seat Belt Required/Driver and Driving on Revoked License. |
| | On June 3, 2019, Mr. Wegman committed the offenses of Aggravated Driving Under the Influence and Driving While Driver's License is Revoked. |
| | On July 26, 2019, Mr. Wegman committed the offense of Disorderly Conduct. |

Offender Name:  Jeramy  Wegman
Docket Number:  0754 3:19CR30107-001

|  |  |
|---|---|
|  | On or about July 28, 2019, Mr. Wegman committed the offenses of Fleeing and Attempting to Elude a Police Officer and Driving on Revoked Driver's License. |
| Mandatory | You must not unlawfully possess a controlled substance. |
|  | On July 11, 2018, Mr. Wegman admitted to unlawfully possessing a controlled substance, methamphetamine, on July 9, 2018. |
|  | On July 25, 2019, Mr. Wegman admitted to unlawfully possessing a controlled substance, methamphetamine, on or about July 23, 2019. |
| Mandatory | You must make restitution in accordance with 18 U.S.C. § 2248, § 2259, § 2264, § 2327, § 3663, § 3663A, and § 3664. |
|  | Mr. Wegman failed to make monthly payments as ordered during the following months:  June 2018; July 2018; August 2018; September 2018; October 2018; December 2018; January 2019; February 2019; March 2019; April 2019; May 2019; June 2019 and July 2019. |
| Standard #2 | After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
|  | Mr. Wegman failed to submit a written monthly report within the first 10 days of the month for the following months:  June 2018, November 2018 and February 2019. |
|  | Mr. Wegman failed to submit a written monthly report during the following months:  March 2019, April 2019, May 2019, June 2019 and July 2019. |
|  | On June 13, 2019, Mr. Wegman failed to report to the probation office as directed. |
|  | On June 14, 2019, Mr. Wegman failed to report to the probation office as directed. |
| Standard #9 | If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
|  | Mr. Wegman failed to notify the probation officer within 72 hours of being questioned by law enforcement on the following dates: August 31, 2018; September 3, 2018; September 24, 2018; November 25, 2018; November 27, 2018; March 28, 2019; April 11, 2019; April 13, 2019; April 26, 2019; July 11, 2019; July 17, 2019; July 24, 2019; and July 26, 2019. |

**Offender Name:  Jeramy  Wegman**
**Docket Number:  0754 3:19CR30107-001**

|  |  |
|---|---|
| Special | You must participate in a substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). |
|  | Mr. Wegman failed to participate in a program for substance abuse, in that he failed to report for counseling as directed during the following months: November 2018, December 2018, January 2019, February 2019, March 2019, April 2019, June 2019 and July 2019. |
| Special | You must not use or possess alcohol. |
|  | On June 13, 2019, Mr. Wegman admitted to consuming alcohol on or about June 3, 2019. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒   revoked
☐   extended for * years, for a total term of * years.
☐   The conditions of supervision should be modified as follows:

☐   Other

I declare under penalty of perjury that the forgoing is true and correct.

by *(signature)*
Jennifer A. Herberholt
U.S. Probation Officer

Date:  August 14, 2019

This document has been reviewed and approved.

JAH/sjr

by *(signature)*
Jacob J. Keane
Supervisory U.S. Probation Officer

Date:  August 14, 2019

**Offender Name:** Jeramy Wegman
**Docket Number:** 0754 3:19CR30107-001

---

THE COURT ORDERS:

- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

*Nancy J. Rosenstengel*

Honorable Nancy J. Rosenstengel
Chief U.S. District Judge

Dated: August 14, 2019